1  DAVID C. MARCUS (158704)
   AMY T. BRANTLY (210893)
2  SUSMAN GODFREY L.L.P.
   1880 Century Park East, Suite 950
3  Los Angeles, California  90067
4  Telephone:  (310) 789-3100
   Facsimile:   (310) 789-3150
5
6  SARAH CHAPIN COLUMBIA (admitted pro hac vice)
   KEVIN M. LITTMAN
7  CHOATE, HALL & STEWART
   Exchange Place
8  53 State Street
   Boston, MA  02109-2891
9  Telephone:  (617) 248-5000
   Facsimile:   (617) 248-4000
10
11 Attorneys For Defendant
   TWINS ENTERPRISE, INC.
12
              IN THE UNITED STATES DISTRICT COURT
13
              FOR THE CENTRAL DISTRICT OF CALIFORNIA
14
                       WESTERN DIVISION
15

| | |
|---|---|
| CHIEN-LU LIN, and MING-CHIN CHOU, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>TWINS ENTERPRISE, INC., a corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 01-07390 – MMM (JWJx)<br>Hon. Margaret M. Morrow<br><br>**VOLUNTARY STIPULATION OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |

FILED 2002 DEC 19 AM 11:40
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

SEND

DEC 20 2002

3488638v1

Plaintiffs Chien-Lu Lin and Ming-Chin Chou and Defendant Twins Enterprise, Inc. hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(ii) that the Plaintiffs' First Amended Complaint and Defendant's Counterclaims shall be dismissed with prejudice, with the parties to bear their own fees and costs.

Dated: December 17, 2002        LAW OFFICES OF DAVID W. LEE

                                By: _____
                                    A. Justin Lum

                                Attorneys for Plaintiffs CHIEN-LU LIN and
                                MING-CHIN CHOU

Dated: December 13, 2002        CHOATE, HALL & STEWART

                                By: _____
                                    Sarah Chapin Columbia

                                Attorneys for Defendants TWINS ENTERPRISE,
                                INC.

-2-

3488638_1.DOC

**PROOF OF SERVICE**
1013A (3) CCP Revised 5/1/88

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 108 N. Ynez Ave, Suite 128, Monterey Park, California 91754.

    On December 18, 2002, I served the foregoing document described as **VOLUNTARY STIPULATION OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE** on the interested parties in this action:

[ ] by placing [ ] the original [X] a true copy thereof enclosed in a sealed envelope addressed as follows:

David C. Marcus, Esq.                A. Justin Lum
Susman Godfrey L.L.P.                Law Offices of David W. Lee
1880 Century Park East, Ste 950      108 N. Ynez Ave., Ste. 128
Los Angeles, California              Monterey Park, CA 91754
90067-1606                           91754

[X] BY MAIL:
    [X] *I deposited such envelope in the mail at Monterey Park, California.
    The envelope was mailed with postage thereon fully prepaid.
    [X] As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Monterey Park, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

Executed on December 18, 2002, at Monterey Park, California.

[ ] (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] (Federal)   I declare that I have been employed by the office of a member of the bar of the lower court at whose direction the service was made.

    Andy Ninh                              _____
                                                     Signature

1